1 Jason Lawley SBA# 232156
LAW OFFICES OF JASON LAWLEY
2 901 H Street, Suite 674
Sacramento, CA 95814
3 Telephone: 916-442-2322
Facsimile: 916-442-2332

4 Attorney for defendant, ROSALIO GONZALEZ

## IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | ) COURTROOM 24-8TH FLOOR |
| Plaintiff, ) | ) Time: 2:00p.m. |
| vs. ) | ) Date: 4/26/2013 |
| ) | ) Case No.: 2:13-CR-0116 KJM |
| ROSALIO GONZALEZ, ) | ) **STIPULATION AND ORDER TO** |
| ) | ) **EXTEND TIME TO SUBMIT PROPERTY** |
| Defendant. ) | ) **BOND** |
| ) | ) |

TO THE ABOVE ENTITLED COURT, AND TO THE US ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

By stipulation of the parties DEFENDANT ROSALIO GONZALEZ by and through his Attorney JASON LAWLEY AND THE UNITED STATES by and through its representative AUSA JASON HIT, they move to extend time for submission of the secured bond to May 17th, 2013, and to take the matter off calendar scheduled for the above referenced time and date.

It is so stipulated:

Dated: 4/26/2013                                                            BENJAMIN B. WAGNER

United States Attorney

/s/ Jason Hit_____

Assistant U.S. Attorney

Attorney for Plaintiff

Dated: 4/26/2013                                                            /s/ Jason Lawley_____

Jason Lawley

Attorney for Defendant

Rosalio Gonzalez

ORDER

IT IS SO ORDERED

DATED: 4/26/2013

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE