Jason Lawley SBA# 232156
LAW OFFICES OF JASON LAWLEY
901 H Street, Suite 674
Sacramento, CA 95814
Telephone: 916-442-2322
Facsimile: 916-442-2332

Attorney for defendant, ROSALIO GONZALEZ

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) COURTROOM 24-8TH FLOOR<br>) Case No.: 2:13-CR-0116 KJM |
| vs. | ) |
| ROSALIO GONZALEZ, | ) **STIPULATION AND ORDER TO**<br>) **MODIFY CONDITIONS OF PRETRIAL**<br>) **RELEASE** |
| Defendant. | ) |

TO THE ABOVE ENTITLED COURT, AND TO THE US ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

The United States of America, by and through AUSA JASON HITT, and Defendant ROSALIO GONZALEZ, hereby stipulate to modify conditions of release to remove the requirement of electronic monitoring. Defendant ROSALIO GONZALEZ has surrendered his passport and Pretrial Services Officer Renee Basurto has no objection to the proposed modification. Ms. Basurto recommends, and the parties agree to, the following new conditions of release:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana prescribed or not, may not be used;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer.  You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,

13. You shall not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

Dated:  JULY 1ST, 2013    Respectfully submitted,

_/s/ JASON LAWLEY    _____

JASON LAWLEY

Attorney for Defendant,

ROSALIO GONZALEZ


_/s/ JASON HITT_____

JASON HITT

Assistant United States Attorney


ORDER

IT IS SO ORDERD.

**Date: 7/1/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE