**PHILIP COZENS,** State Bar Number 84051
Attorney At Law
1007 Seventh Street, Suite 500
Sacramento, California 95814
Telephone: (916) 443-1504
Facsimile: (916) 443-1511
Email: pcozens@aol.com

Attorney for Surety Mayra Conception Munoz

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIO GONZALEZ-GUTIERREZ,<br><br>Defendant.<br><hr>MAYRA CONCEPTION MUNOZ,<br><br>Surety. | Case No.: 2:13-CR-00116-KJM<br><br>**STIPULATION BY PLAINTFF UNITED STATES AND SURETY MAYRA MUNOZ FOR CHANGE IN COLLATERAL OF BOND AND PROPOSED ORDER TO THE CLERK TO DEMAND PAYMENT AND EXECUTE A DEED OF RECONVEYANCE** |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Surety Mayra Conception Munoz through her attorney Philip Cozens, Esq., that:

1) On May 1, 2013, Surety Mayra Conception Munoz posted a deed of trust on her house at 4914 Ocean Lane, Elk Grove, California, 95757, in favor of the Clerk of the United States District Court for Eastern District of California in the amount $35,000.00 (thirty-five thousand and no/100ths dollars) securing the appearance of the Defendant Rosalio Gonzales-Gutierrez (hereinafter referred to as "Defendant") in the United States District Court for the above-entitled criminal action.

2) On or about January 16, 2015, Defendant failed to appear in court.

3) On or about February 24, 2015, the court issued a warrant for arrest for Defendant.

4) As of October 6, 2015, Defendant has not been arrested.

5) As of October 6, 2015, the court has not ordered the forfeiture of Surety's $35,000.00 bond securing Defendant's appearance.

6) Prior to October 6, 2015, Surety received an offer from a third party to purchase Surety's house at 4914 Ocean Lane, Elk Grove, California, 95757. Such purchase price would be sufficient to pay the entire $35,000.00 bond. The Surety and the purchaser have opened an escrow account with First American Title. The Title Officer is Lisa Keehley, telephone number (916) 576-1308; her email is lkeehley@firstam.com; and the order number is 3421-4987084.

7) Surety and the government stipulate to the court ordering: 1) that the Clerk of the United States District Court for the Eastern District of California make a demand on the escrow account listed in paragraph 6) herein for the payment of $35,000.00; 2) that the Clerk of the United States District Court for the Eastern District of California execute a reconveyance of the deed of trust to the owner of the house at 4914 Ocean Lane, Elk Grove, California, 95757; and 3) that the collateral of the $35,000.00 appearance bond be changed from a real property bond to a cash bond and held by the Clerk of the Court pending further Order of this Court.

It is so stipulated.

FOR THE UNITED STATES OF AMERICA:

          BENJAMIN B. WAGNER
          United States Attorney

Dated: November  11  , 2015        By:        /s/ Jason Hitt
          JASON HITT
          Assistant United States Attorney

FOR THE SURETY:

Dated: November  11  , 2015        By:        /s/ Philip Cozens
          PHILIP COZENS
          Attorney for Surety Mayra Conception Munoz

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that:

1) the Clerk of the United States District Court for the Eastern District of California make a demand on the escrow account listed in paragraph 6) herein for the payment of $35,000.00;

2) the Clerk of the United States District Court for the Eastern District of California execute a reconveyance of the deed of trust to the owner of the house at 4914 Ocean Lane, Elk Grove, California, 95757; and

3) the collateral of the $35,000.00 appearance bond be changed from a real property bond to a cash bond and held by the Clerk of the Court pending further Order of this Court.

Dated:  November 12, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE