IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0116 KJM |
| Plaintiff, | ORDER GRANTING THE UNITED STATES'S *EX-PARTE* MOTION AND ENTERING A FINAL JUDGMENT OF FORFEITURE OF $35,000 BOND AS TO DEFENDANT ROSALIO GONZALEZ-GUTIERREZ |
| v. | |
| ROSALIO GONZALEZ-GUTIERREZ, | |
| Defendant. | |

The Court has reviewed the *ex-parte* motion by the United States seeking an Order entering a final judgment of forfeiture of a $35,000 property bond posted in this case on behalf of defendant Rosalio Gonzalez-Gutierrez.

Having considered the motion and the factors applicable to this determination, IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3146(d) and Rule 46(f) of the Federal Rules of Criminal Procedure, the *ex-parte* motion is GRANTED and a Final Judgment of Forfeiture is ENTERED as to the $35,000 property bond paid to the Clerk of the Court in this case on behalf of defendant Rosalio Gonzalez-Gutierrez and the forfeited funds are payable to the crime victims fund.

DATED: April 5, 2019.

_____
UNITED STATES DISTRICT JUDGE